UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRUCE FREDERICK CROSS,

        Defendant.

CASE NO. 11CR4365-AJB

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

18:922(g)(1) and 924(a)(2); 18:924(d); 26:5872;28:2461(c)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/18/11

                                  JAN M. ADLER
                                  UNITED STATES MAGISTRATE JUDGE